RECEIVED

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JAN 1 2 2011
JAN 12 2011
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Josef Jurek )
_____ )
_____ )
_____ )
(Name of the plaintiff or plaintiffs) )
)
v. )
)
University of )
Chicago )
_____ )
_____ )
(Name of the defendant or defendants) )

CIVIL ACTION

**11cv215**
**Judge Matthew F. Kennelly**
**Magistrate Young B. Kim**

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is ___Josef Jurek___ of the county of ___Cook___ in the state of ___IL___.

3. The defendant is _____, whose street address is ___5801 S. Ellis Ave. Rm 619___,
(city) ___Chicago___ (county) ___Cook___ (state) ___IL___ (ZIP) ___60037___
(Defendant's telephone number) ___(773)___ - ___702 7237___

4. The plaintiff sought employment or was employed by the defendant at (street address)
___920 E. 58TH St___ (city) ___Chicago___
(county) ___Cook___ (state) ___IL___ (ZIP code) ___60037___

5. The plaintiff [*check one box*]

    (a) ☐    was denied employment by the defendant.

    (b) ☐    was hired and is still employed by the defendant.

    (c) ☒    was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about,
(month) _December_ (day) _16_ , (year) _2009_ .

7.1   *(Choose paragraph 7.1 or 7.2, do not complete both.)*

      (a) The defendant is not a federal governmental agency, and the plaintiff  [*check
one box*] ☐ has not      filed a charge or charges against the defendant
             ☒ *has*

asserting the acts of discrimination indicated in this complaint with any of the following
government agencies:

    (i)   ☒ the United States Equal Employment Opportunity Commission, on or about
(month) _9_   (day) _28_   (year) _10_ .

    (ii)   ☐ the Illinois Department of Human Rights, on or about
(month)_____ (day)_____ (year)_____.

  (b) If charges *were* filed with an agency indicated above, a copy of the charge is

attached.  ☒ YES.   ☐ NO, **but plaintiff will file a copy of the charge within 14 days**.

It is the policy of both the Equal Employment Opportunity Commission and the Illinois
Department of Human Rights to cross-file with the other agency all charges received. The
plaintiff has no reason to believe that this policy was not followed in this case.

7.2     The defendant is a federal governmental agency, and
    (a) the plaintiff previously filed a Complaint of Employment Discrimination with the
    defendant asserting the acts of discrimination indicated in this court complaint.

☐ Yes (month)_____ (day)_____ (year) _____

☐ No, did not file Complaint of Employment Discrimination

(b)  The plaintiff received a Final Agency Decision on (month)_____
(day) _____ (year) _____.

(c)  Attached is a copy of the

(i)  Complaint of Employment Discrimination,

☐ YES   ☐ NO, but a copy will be filed within 14 days.

(ii)  Final Agency Decision

☐ YES   ☐ NO, but a copy will be filed within 14 days.

8.   *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a)☐  the United States Equal Employment Opportunity Commission has not issued

a *Notice of Right to Sue.*

(b)☒  the United States Equal Employment Opportunity Commission has issued a

*Notice of Right to Sue*, which was received by the plaintiff on

(month)____10____ (day)__14__ (year) _2010_ a copy of which

*Notice* is attached to this complaint.

9.   The defendant discriminated against the plaintiff because of the plaintiff's [*check only
those that apply*]:

(a)☐  Age (Age Discrimination Employment Act).

(b)☐  Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

3

(c) ☒ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10.  If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11.  Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12.  The defendant [*check only those that apply*]

(a) ☐ failed to hire the plaintiff.

(b) ☐ terminated the plaintiff's employment.

(c) ☐ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☒ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☐ failed to stop harassment;

(g) ☐ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☐ other (specify):_____

_____

4

_____

_____

_____

_____

**13.**  The facts supporting the plaintiff's claim of discrimination are as follows:

_____ See attached sheet. _____

_____

_____

_____

_____

14. **[*AGE DISCRIMINATION ONLY*]** Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

(a) ☐  Direct the defendant to hire the plaintiff.

(b) ☒  Direct the defendant to re-employ the plaintiff.

(c) ☐  Direct the defendant to promote the plaintiff.

(d) ☐  Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☐  Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☐  Direct the defendant to (specify): _____

_____

5

_____

_____

_____

_____

(g) ☒     If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☒     Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)

_____

(Plaintiff's name)

Josef Jurek

(Plaintiff's street address)

1516 E 65TH PLACE, 3W

_____

(City) CHICAGO   (State) IL   (ZIP) 60637

(Plaintiff's telephone number) (773) - 687 3970

Date: 01/12/2011

6

ATTACHED SHEETS
COMPLAINT OF EMPLOYMENT DISCRIMINATION
Jurek, Josef

**13. The facts supporting the plaintiff's claim of discrimination are as follows:**

I was diagnosed with Tourette Syndrome (TS) in 1998 though I have had the symptoms since I was a child. TS causes involuntary verbal outbursts (including swearing) and physical ticks. I do not have motor control over these outbursts and ticks, and TS impairs my motor skills, my ability to interact with others, and my social skills among other things.

I have been employed full time as a software developer for the University of Chicago since March 2000. I always informed my immediate supervisors of my Tourette Syndrome.

On May 25, 2010 I was terminated from my position for swearing twice within six months, on December 7, 2009 and May 13, 2010.

In spite of letters from two of my doctors explaining my Tourette Syndrome and the symptoms, people in Human Resources interpreted my involuntary vocal tics as hostile behavior and I was terminated. Furthermore, I am not allowed to ever apply for employment at the University of Chicago again, an institution I have been at as both a student and employee for 19 years.

EEOC Form 161 (11/09)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To: **Josef Jurek**<br>**1516 East 65th Place, Apt 3W**<br>**Chicago, IL 60637**<br><br>**CERTIFIED MAIL 7010 1870 0001 8433 2601** | From: **Chicago District Office**<br>**500 West Madison St**<br>**Suite 2000**<br>**Chicago, IL 60661** |

|  | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) | |
|---|---|---|
| EEOC Charge No. | EEOC Representative | Telephone No. |
| 440-2010-06583 | **Kenya McCarter,**<br>**Investigator** | **(312) 353-8561** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

|  | |
|---|---|
| [ ] | The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC. |
| [ ] | Your allegations did not involve a disability as defined by the Americans With Disabilities Act. |
| [ ] | The Respondent employs less than the required number of employees or is not otherwise covered by the statutes. |
| [ ] | Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge |
| [X] | The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge. |
| [ ] | The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge. |
| [ ] | Other (briefly state) |

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

| Enclosures(s) | *John P. Rowe* | *10/12/10* |
|---|---|---|
| | **John P. Rowe,**<br>**District Director** | (Date Mailed) |

cc: **UNIVERSITY OF CHICAGO**

EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act
Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 440-2010-06583 |

**Illinois Department of Human Rights** and EEOC

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| **Josef Jurek** | **(773) 684-3970** | **03-12-1962** |

| Street Address | City, State and ZIP Code |
|---|---|
| **1516 East 65th Place, Chicago, IL 60637** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe
Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **University of Chicago** | **500 or More** | **(773) 702-6889** |

| Street Address | City, State and ZIP Code |
|---|---|
| **920 East 58th Street, CLSC 406A** | **Chicago, IL 60637** |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☒ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

| DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|
| Earliest | Latest |
| | **05/25/2010** |

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I was hired by the above named Respondent, in or around March 2000. My most recent position was Senior
Application Developer. During my employment with Respondent, I notified Respondent of my disability and
Respondent did not provide me a reasonable accommodation. Subsequently, I was disciplined and
discharged.

I believe I have been discriminated against because of my disability, and retaliated against, in violation of the
Americans with Disabilities Act of 1990, as amended.

SEP 2 8 2010

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| **Sept 28, 2010** _____ | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |
| Date          Charging Party Signature | |